REICHELLAW PC
MARK REICHEL, ATTORNEY AT LAW
State Bar #155034
455 CAPITOL MALL, SUITE 802
SACRAMENTO, CA  95814
916.548.7398
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
TABITHA MARKLE

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br>TABITHA MARKLE,<br><br>Defendant | Case No.: 2:25-CR-00007<br><br>STIPULATION REGARDING MODIFICATION OF SENTENCING SCHEDULE; ORDER<br><br>Date: June 12, 2025<br>Time: 9:30 AM<br>Court: Hon. TROY L. NUNLEY |

**STIPULATION**

The parties hereto request a new schedule for sentencing. The dates agreed upon are set forth below.

Judgment and Sentencing Date:                           June 12, 2025, at 9:30 a.m.

Reply, or Statement of Non-Opposition:              June 5, 2025

Formal Objections to the Presentence Report shall be filed with the Court and served on the

Probation Officer and opposing counsel no later than:     May 29, 2025

STIPULATION AND ORDER TO MODIFY SENTENCING DATE
1

The final Presentence Report shall be filed with the Court and disclosed to counsel no later than:

May 22, 2025

Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than:     May 15, 2025

The draft Presentence Report shall be disclosed to counsel no later than;    May 8, 2025

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: April 10, 2025 | MICHELE BECKWITH<br>Acting United States Attorney |
| Dated: April 10, 2025 | */s/ CHRISTINA MCCALL*<br>Assistant United States Attorney |
| Dated: April 10, 2025 | */s/ MARK REICHEL*<br>MARK REICHEL<br>Counsel for Defendant |

STIPULATION AND ORDER TO MODIFY SENTENCING DATE
2

**FINDINGS AND ORDER**

IT IS SO ORDERED this 14th day of April, 2025.

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE