REICHELLAW PC
MARK REICHEL, ATTORNEY AT LAW
State Bar #155034
455 CAPITOL MALL, SUITE 802
SACRAMENTO, CA  95814
916.548.7398
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
TABITHA MARKLE

## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TABITHA MARKLE,<br><br>Defendant | Case No.: 2:25-CR-00007-TLN<br><br>STIPULATION REGARDING MODIFICATION OF SENTENCING SCHEDULE; ORDER<br><br>Date: July 31, 2025<br>Time: 9:30 AM<br>Court: Hon. TROY L. NUNLEY |

**STIPULATION**

The parties hereto request a new schedule for sentencing. The dates agreed upon are set forth below.

Judgment and Sentencing Date:                               July 31, 2025, at 9:30 a.m.

Reply, or Statement of Non-Opposition:                      July 24, 2025

Formal Objections to the Presentence Report shall be filed with the Court and served on the

Probation Officer and opposing counsel no later than:       July 17, 2025

STIPULATION AND ORDER TO MODIFY SENTENCING DATE

1

The final Presentence Report shall be filed with the Court and disclosed to counsel no later than:

July 10, 2025

Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than:   July 3, 2025

The draft Presentence Report has already been disclosed to all parties.

IT IS SO STIPULATED.

Dated: May 19, 2025              MICHELE BECKWITH
                                 Acting United States Attorney

Dated: May 19, 2025              */s/ DHRUV SHARMA*
                                 DHRUV SHARMA
                                 Assistant United States Attorney

Dated: May 19, 2025
                                 */s/ MARK REICHEL*
                                 MARK REICHEL
                                 Counsel for Defendant

STIPULATION AND ORDER TO MODIFY SENTENCING DATE
2

**FINDINGS AND ORDER**

IT IS SO ORDERED this 19th day of May, 2025

_____
Troy L. Nunley
Chief United States District Judge