REICHELLAW PC
MARK REICHEL
ATTORNEY AT LAW
State Bar #155034
455 CAPITOL MALL, SUITE 802
SACRAMENTO, CA  95814
916.548.7398
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
TABITHA LEIGH MARKLE

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

    v.

TABITHA LEIGH MARKLE,

      Defendant

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. 2:25-CR-00007-TLN

STIPULATION AND ORDER TO RESET
SENTENCING

Date: August 7, 2025
Time: 9:30 a.m.
Court: Hon. Troy L. Nunley

**STIPULATION**

The parties hereto request a new date for sentencing. The date agreed upon is set forth below.

Sentencing Date:                           August 7, 2025 at 9:30 a.m.

STIPULATION AND ORDER TO RESET SENTENCING DATE
1

1  IT IS SO STIPULATED.

2

3
   Dated: July 23, 2025                    KIMBERLY SANCHEZ
4                                          Acting United States Attorney

5
                                           /s/ DHRUV SHARMA
6  Dated: July 23, 2025                    DHRUV SHARMA
                                           Assistant United States Attorney
7

8
   Dated: July 23, 2025                    /s/ MARK REICHEL
9                                          MARK REICHEL
                                           Counsel for Defendant
10                                         TABITHA LEIGH MARKLE

11

12

13                           **FINDINGS AND ORDER**

14

15
       IT IS SO ORDERED
16
   Dated: July 23, 2025
17                                         _____
18                                         Troy L. Nunley
                                           Chief United States District Judge
19

20

21

22

23

24

25

26

27                   STIPULATION AND ORDER TO RESET SENTENCING DATE
                                           2
28