ERIC GRANT
United States Attorney
DHRUV M. SHARMA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:25-CR-00007-TLN |
|---|---|
| Plaintiff, | ORDER GRANTING GOVERNMENT'S MOTION FOR AN EXTENSION OF TIME |
| v. | |
| TABITHA LEIGH MARKLE, | |
| Defendant. | |

On July 6, 2026, the government sought an extension of time to August 12, 2026, in order to respond to Defendant's Motion to Reduce Sentence. (Docket No. 54). For good cause shown, IT IS HEREBY ORDERED that the government's request for an extension is granted. The government's response is now due August 12, 2026.

DATED: July 7, 2026

_____
Troy L. Nunley
Chief United States District Judge

ORDER ON GOVERNMENT'S MOTION FOR EXTENSION
OF TIME;

1