UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

TABITHA LEIGH MARKLE,

Defendant.

NO. 2:25-CR-00007-TLN

ORDER GRANTING GOVERNMENT'S MOTION FOR AN EXTENSION OF TIME

On August 11, 2026, the government sought its third extension of time to respond to Defendant's Motion to Reduce Sentence. (ECF No. 57). For good cause shown, the government's request for an extension is GRANTED. The government's response is now due August 26, 2026. The Court is not inclined to grant any further extensions of time.

IT IS SO ORDERED.

Date: August 12, 2026

CHIEF JUDGE TROY L. NUNLEY
UNITED STATES DISTRICT COURT JUDGE